# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| JESSE DEAN, D.C., a Tennessee resident, individually and as a representative of a class of similarly-situated persons, ) ) ) ) | |
| Plaintiff, ) | Civil Action No. 19-1204 |
| ) | |
| v. ) | **CLASS ACTION** |
| ) | |
| CARECORE NATIONAL, LLC, a New York limited liability company, ) ) ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

COMES NOW Husch Blackwell LLP and attorney Justin L. Jones and files their Notice of Appearance in this civil action on behalf of Defendants CareCore National.

Respectfully submitted,

**HUSCH BLACKWELL LLP**

*/s/ Justin L. Jones*
Justin L. Jones (TN Bar No. 26403)
736 Georgia Avenue, Suite 300
Chattanooga, TN 37343
T:  901.842.7822
Justin.Jones@huschblackwell.com
*Attorney for Defendant*
*CARECORE NATIONAL LLC*

DocID: 4825-3770-9472.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 3rd day of October 2019, a copy of the foregoing document was filed with the Clerk of the Court to be served upon counsel of record via the Court's ECF system.

                                                        */s/ Justin L. Jones*