# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

JESS DEAN, D.C., individually and as the representative of a class of similarly situated Persons,

Plaintiff(s),

CASE NUMBER: 1:19-cv-1204-JDB-jay

v.

CARECORE NATIONAL, LLC.,
Defendant(s).

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Agreed Order of Dismissal entered in the above-styled matter on March 5, 2010, this case is hereby DISMISSED with prejudice.

**APPROVED:**

**S/ J. DANIEL BREEN**
**United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/Sonya Pettigrew**
**DEPUTY CLERK**